IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

ERIK SANFORD CHATMAN,
    Petitioner,

vs.

ROBERT L. AYERS Jr., Acting Warden of San Quentin State Prison,

    Respondent.

CASE NO. C-07-640-WHA

<u>DEATH PENALTY CASE</u>

ORDER GRANTING MOTION FOR APPOINTMENT OF COUNSEL

For good cause appearing, IT IS HEREBY ORDERED that the Motion for Appointment of Counsel filed by the Federal Defender Services of Idaho, Inc. is GRANTED. The office of the Federal Defender Services of Idaho, Inc. is appointed to represent Mr. Chatman in these proceedings.

DATED: JAN 2 3 2012

Hon. William H. Alsup
United States District Court Judge

1-23-12

Order granting Motion for Appointment of Counsel - 1