E-filing

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Erik Sanford CHATMAN,<br><br>    Petitioner,<br><br>  v.<br><br>Kevin CHAPPELLE,<br>Warden of San Quentin State Prison,[1]<br><br>    Respondent. | Case Number 3-7-cv-640-WHA<br><br>DEATH-PENALTY CASE<br><br>INITIAL CASE-MANAGEMENT ORDER<br><br>[Doc. No. 10] |

  On January 24, 2012, the Court appointed counsel for Petitioner in this capital habeas action. (Doc. No. 9.) Good cause appearing therefor, the Court enters this Initial Case-Management Order. *Cf.* Habeas L.R. 2254-26; Habeas L.R. 2254-27.

  Within twenty-eight days from the date of this Order, the parties shall meet and confer to prepare, and shall file, a joint case-management statement and proposed order. In the statement, the parties shall discuss their preliminary views of anticipated proceedings in the present action. The statement shall include a proposed schedule for briefing any motion for equitable tolling of the statute of limitations, and proposed schedules for briefing any other motions that must be

---

[1] Kevin Chappelle is automatically substituted for his predecessor as the named Respondent. *See* Fed. R. Civ. P. 25(d).

Case No. 3-7-cv-640-WHA
INITIAL CASE-MANAGEMENT ORDER
(DPSAGOK)

addressed prior to the filing of a finalized petition[2] in the event that equitable tolling is granted; unless otherwise ordered, such motions will be decided on the papers.

Within twenty-eight days from the date of this Order, Respondent shall lodge with the Court two electronic copies (compact discs) of the material enumerated in Habeas Local Rule 2254-27(a). One copy shall be sent to chambers; the other copy shall be sent to the Court's Death Penalty Staff Attorney assigned to this action, George O. Kolombatovich. Respondent shall not lodge any paper copies.

In addition, good cause appearing therefor, Petitioner's Motion for Administrative Relief from General Order 45(VI)(G), (Doc. No. 10), is granted as follows. The parties are not required to lodge with the Court paper copies of documents that are filed electronically in this action.

*It is so ordered.*

DATED: February 14, 2012.

WILLIAM H. ALSUP
United States District Judge

---

[2] In capital habeas actions, "[t]he term 'finalized petition' shall refer to the petition filed by retained or appointed counsel. . . ." Habeas L.R. 2254-28(a).

2

Case No. 3-7-cv-640-WHA
INITIAL CASE-MANAGEMENT ORDER
(DPSAGOK)