1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12  | **ERIK SANFORD CHATMAN** | C 07-0640 WHA |
    |---|---|
13  | Petitioner, | **DEATH PENALTY CASE** |
14  | **v.** | ~~[PROPOSED]~~ **ORDER** |
15  | | |
16  | **KEVIN CHAPPELL, Warden of San** | |
    | **Quentin State Prison,** | |
17  | | |
    | Respondent. | |
18

19

20        IT IS HEREBY ORDERED that the time within which respondent is to comply with

21  Habeas Rule 2254-29 shall be extended thirty (30) days to and including April 9, 2013.

22

23  Dated:    February 14, 2013
                                              _____
24                                            The Honorable William H. Alsup
                                              United States District Judge
25

26

27
    SF2010200013
28  20670882.doc

# CERTIFICATE OF SERVICE

Case Name:  **Chatman v. Chappell, Warden**          No.     **C 07-0640 WHA**
            **(Death Penalty Case)**

I hereby certify that on <u>February 13, 2013</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

1.  **EX PARTE APPLICATION FOR EXTENSION OF TIME;**

2.  **DECLARATION OF JEREMY FRIEDLANDER IN SUPPORT OF THE EX PARTE APPLICATION; and**

3.  **[PROPOSED] ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>February 13, 2013</u>, at San Francisco, California.


|                E. Rios                |              /s/ E. Rios              |
| :-----------------------------------: | :-----------------------------------: |
|               Declarant               |               Signature               |

20671554.doc