IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ERIK SANFORD CHATMAN** | C 07-0640 WHA |
| Petitioner, | **DEATH PENALTY CASE** |
| v. | [PROPOSED] **ORDER** |
| **KEVIN CHAPPELL, Warden of San Quentin State Prison,** | |
| Respondent. | |

    IT IS HEREBY ORDERED that the time within which respondent is to comply with Habeas Rule 2254-29 shall be extended thirty (30) days to and including April 9, 2013.

Dated: February 14, 2013

_____
The Honorable William H. Alsup
United States District Judge

SF2010200013
20670882.doc

# CERTIFICATE OF SERVICE

Case Name:   **Chatman v. Chappell, Warden
              (Death Penalty Case)**                   No.   **C 07-0640 WHA**

I hereby certify that on <u>February 13, 2013</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

1. **EX PARTE APPLICATION FOR EXTENSION OF TIME;**

2. **DECLARATION OF JEREMY FRIEDLANDER IN SUPPORT OF THE EX PARTE APPLICATION; and**

3. **[PROPOSED] ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>February 13, 2013</u>, at San Francisco, California.

|              E. Rios              |              /s/ E. Rios              |
|:---------------------------------:|:-------------------------------------:|
|             Declarant             |              Signature                |

20671554.doc